## (June 14, 1962)

■ In the Matter of HENRY HADUC, Petitioner, v. FRANK S. HOGAN, as District Attorney of New York County, et al., Respondents.— Motions to dismiss petition as a matter of law granted and the proceeding dismissed, without costs, with leave to petitioner to renew upon a verification made by the petitioner. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER CORR, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ ANNA O. RUBIEN et al., as Executrices of ABNER J. RUBIEN, Deceased, Appellants, v. PHILIP Y. HAHN, Respondent.— Order and judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Steuer and Bergan, JJ.

■ In the Matter of the Arbitration between VICTORIAS MILLING Co., INC., Respondent, and HUGO NEU CORPORATION, Appellant.— Order entered on or about September 29, 1961, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Steuer and Bergan, JJ.

■ IMPEX CREDIT CORPORATION, Appellant, v. ELCIARIO CUEVAS D., Respondent.— Order entered on February 28, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Steuer and Bergan, JJ.

■ In the Matter of the Estate of PIERRE ATYCHIDES, Deceased. STEAMSHIP COMPANY OF 1949, INC., Appellant; THOMAS I. FITZGERALD, as Public Administrator, Respondent.— Decree unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUSTINE RODRIQUEZ, Appellant.— Ordered entered on January 26, 1961 unanimously affirmed. No opinion. Concur — Rabin, J. P., McNally, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM COLEMAN, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Eager and Bergan, JJ.

■ CHASE MANHATTAN BANK, Respondent, v. NISSHO PACIFIC CORPORATION, Appellant, et al., Defendant.— Order entered on February 23, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Valente, Stevens, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY WINEFIELD, Appellant.—Order entered on October 11, 1961 unanimously affirmed. No opinion. Concur — Botein, P. J., Valente, Stevens, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY WINEFIELD, Appellant.— Order entered on October 30, 1961 unanimously affirmed. No opinion. Concur — Botein, P. J., Valente, Stevens, Steuer and Bergan, JJ.

■ FIELDSTON PROPERTY OWNERS' ASSOCIATION, INC., Appellant, v. JAMES P. BIANCHI et al., Respondents.— Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, P. J., Valente, Stevens, Steuer and Bergan, JJ. [29 Misc 2d 326].

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SIMONETTI, Appellant.— Order entered on April 5, 1961 unanimously affirmed. No opinion. Concur — Botein, P. J., Valente, Stevens, Steuer and Bergan, JJ.

■ In the Matter of JOSEPH D. NUNAN, JR. (Admitted as JOSEPH D. NUNAN), an Attorney. — Motion for reinstatement to the Bar granted. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.